144

STATE of Missouri, Respondent,

v.

Mitchell MOORE, Appellant.

WD 77722

Missouri Court of Appeals,
Western District.

ORDER FILED: NOVEMBER 3, 2015

Andrew C. Hooper, Jefferson City, MO, Counsel for Respondent.

Jeannette Lynn Wolpink, Kansas City, MO, Counsel for Appellant.

Before Division One: Anthony Rex Gabbert, P.J., Victor C. Howard, and Cynthia Martin, JJ.

**ORDER**

Per Curiam:

Mitchell Moore appeals the motion court's decision to deny his Rule 24.035 motion for post-conviction relief. We affirm. Rule 84.16(b).